UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br>Sandhya Ramireddi<br><br>Defendant. | No. CR 14mj71358 MAG<br><br>**ORDER - CJA CONTRIBUTIONS DUE** |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $_____ PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ] That certain date of _____ and the SAME DAY each month thereafter;

[X] MAIL TO:    Clerk, U.S. District Court
               280 South First Street, Room 2112
               San Jose, CA 95113-3095

[X] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $10,000, DUE BY 11/7/14.

[ ] MAIL TO:    Clerk, U.S. District Court
               280 South First Street, Room 2112
               San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 10/31/14

_____
Howard R. Lloyd, U.S. Magistrate Judge